No. 709. MUTH, ADMINISTRATRIX v. ATLASS ET AL., EXECUTORS; and

No. 733. DARR, ADMINISTRATRIX v. ATLASS ET AL., EXECUTORS, 382 U. S. 988. Motion of American Trial Lawyers Association for leave to file brief, as *amicus curiae,* in support of the petition for rehearing, granted. Petition for rehearing denied.

No. 1044, October Term, 1962. WAPNICK v. UNITED STATES, 374 U. S. 829, 375 U. S. 871; and

No. 494, October Term, 1964. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. v. LOUISVILLE & NASHVILLE RAILROAD CO., 379 U. S. 934, 986. Motions for leave to file second petitions for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these motions.

No. 402, Misc. FJELLHAMMER v. UNITED STATES ET AL., 382 U. S. 869;

No. 518, Misc. BIRDSELL v. UNITED STATES, 382 U. S. 963; and

No. 524, Misc. HERNANDEZ v. CALIFORNIA, 382 U. S. 909. Motions for leave to file petitions for rehearing denied.

FEBRUARY 28, 1966.

No. 968. BELL v. TEXAS. Ct. Crim. App. Tex. (Certiorari granted, 382 U. S. 1023.) Motion for appointment of counsel granted. It is ordered that *Tom R. Scott, Esquire,* of Midland, Texas, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.